NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**PROSTRAKAN, INC., STRAKAN INTERNATIONAL S.A.R.L.,**
*Plaintiffs-Appellees*

**v.**

**ACTAVIS LABORATORIES UT, INC.,**
*Defendant-Appellant*

---

2019-1125

---

Appeal from the United States District Court for the Eastern District of Texas in No. 2:16-cv-00044-RWS, Judge Robert Schroeder, III.

---

## JUDGMENT

---

BARRY P. GOLOB, Cozen O'Connor, Washington, DC, argued for plaintiffs-appellees. Also represented by WILLIAM BLAKE COBLENTZ, AARON S. LUKAS, KERRY BRENDAN MCTIGUE.

GARY EDWARD HOOD, Polsinelli PC, Chicago, IL, argued for defendant-appellant. Also represented by MARK THOMAS DEMING; JASON WIETJES, Dallas, TX.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, *Chief Judge,* TARANTO and STOLL, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

December 11, 2019
Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court